IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 13-0041-CG-M |
| ) | |
| ONE 2007 P T CRUISER, VIN ) | |
| 3A4FY58B87T546414, ) | |
| ) | |
| Defendant. ) | |

## FINAL JUDGMENT OF FORFEITURE

In accordance with the separate Order entered on this date, it is **ORDERED, ADJUDGED, and DECREED** that the defendant, One 2007 P T Cruiser, VIN 3A4FY58B87T546414, is forfeited to the plaintiff, the United States of America, pursuant to 8 U.S.C. Section 1324(b)(1) for disposition according to law.

**DONE and ORDERED** this 17th day of April, 2013.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE